An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

## IN THE SUPREME COURT OF THE STATE OF NEVADA

|  |  |
| --- | --- |
| IN THE MATTER OF THE PETITION OF FORMA PAUPERIS REQUEST, | No. 64162 |
| DEANN WIESNER,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | **FILED**<br><br>NOV 1 9 2014<br><br>TRACIE K. LINDEMAN<br>CLERK OF SUPREME COURT<br>BY S. Young<br>DEPUTY CLERK |

### ORDER DISMISSING APPEAL

This proper person appeal was docketed in this court on October 7, 2013, without payment of the requisite filing fee. On January 29, 2014, this court denied without prejudice appellant's October 17, 2013, proper person motion to proceed in forma pauperis. We instructed appellant to first seek leave to proceed in forma pauperis in the district court pursuant to NRAP 24(a). We stated that if the district court granted the request, appellant may proceed in this court without prepayment of fees or costs. We further instructed appellant that if the district court denied the request, a motion for leave to proceed in forma pauperis may then be filed in this court within thirty days after notice of the district court's decision is served. Appellant was cautioned that failure either to properly seek leave to proceed in forma pauperis in the district court or to pay the filing fee within 30 days will result in the dismissal of this appeal.

The district court's March 24, 2014, order denying appellant's motion to proceed in forma pauperis was filed in this court on April 17, 2014. More than thirty days has elapsed, yet appellant has not paid the filing fee, renewed her motion for leave to proceed in forma pauperis in

SUPREME COURT
OF
NEVADA

(O) 1947A

14-38205

this court, or otherwise established that she is entitled to proceed in forma pauperis in this matter. Accordingly, this appeal is dismissed.[1]

It is so ORDERED.

_____, C.J.
Gibbons

cc: Hon. Jennifer P. Togliatti, District Judge
DeAnn Justine Wiesner
Attorney General/Carson City
Eighth District Court Clerk

---

[1]In light of this order, all pending requests for relief are rendered moot.